# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOEL DEFFEBAUGH, ET AL.

VERSUS

VALERO REFINING- MERAUX LLC;
VALERO SERVICES INC.; VALERO
PARTNERS LOUISIANA, LLC;
VALERO PARTNERS MERAUX LLC;
TURNER SPECIALTY SERVICES,
L.L.C.; TURNER INDUSTRIES
ENERGY SERVICES, LLC; TURNER
INDUSTRIES GROUP, L.L.C.;
JOHN DOE INSURER; and ELITE
TURNAROUND SPECIALISTS, LTD

NO.  2025 CW 0548

**JUNE 23, 2025**

---

In Re:   Elite Turnaround Specialists, LTD, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 718626.

---

**BEFORE:   PENZATO, WOLFE, AND FIELDS, JJ.**

   **WRIT DENIED.**

                            AHP
                            EW
                            WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT